1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

11  JASEN LYNN DUSHANE,                           Case No. 3:15-cv-00501-MMD-WGC
                                    Plaintiff,

12  v.                                             ORDER

13  NEVADA DEPARTMENT OF
    CORRECTIONS, et al.,

14                                 Defendants.

15

16  **I.     DISCUSSION**

17          Based on this Court's records, it appears that Plaintiff is no longer at the address

18  listed with the Court.  The postal service has returned this Court's last two mailings to

19  Plaintiff as undeliverable (*See* ECF Nos. 8, 11). The Court notes that pursuant to LR IA

20  3-1, "a pro se party must immediately file with the court written notification of any

21  change of mailing address . . .  The notification must include proof of service on each

22  opposing party or the party's attorney. Failure to comply with this rule may result in

23  dismissal of the action with prejudice." LR IA 3-1. This Court grants Plaintiff thirty (30)

24  days from the date of entry of this order to file his updated address with this Court.  If

25  Plaintiff does not update the Court with his current address within thirty (30) days from

26  the date of entry of this order, the Court will dismiss this action without prejudice.

27

28

1  **II.     CONCLUSION**

2          For the foregoing reasons, it is ordered that Plaintiff must file his updated

3  address with the Court within thirty (30) days from the date of this order.

4          Defendants' motion to stay the early mediation conference (ECF No. 12) is

5  denied as moot.

6          It is further ordered that, if Plaintiff fails to timely comply with this order, the Court

7  will dismiss this case without prejudice.

8          DATED THIS 31st day of August 2016.

9

10                                                    _____
                                                       MIRANDA M. DU
11                                                    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              2